# United States District Court
# For The Western District of North Carolina
# Asheville Division

JULIUS ANTHONY JONES,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                        CIVIL CASE NO. 1:08cv416
                                        [Criminal Case No. 1:06cr226]

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/13/11 Memorandum of Decision and Order.

                                                Signed: July 15, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court